### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**RASHAWN LONG, #26200-045**                                    **PLAINTIFF**

**v.**                                              **CIVIL NO. 3:25-cv-78-HTW-LGI**

**WARDEN KEYES, ET AL.**                                        **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION
### AND DISMISSING CASE WITHOUT PREJUDICE

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac [ECF No. 26] filed June 15, 2026.   In her Report and Recommendation, Magistrate Judge Isaac recommended that the Court deny Plaintiff's Motion [ECF No. 25] and dismiss this civil action, without prejudice, under Rule 4(m) and Rule 41(b) of the Federal Rules of Civil Procedure.   Judge Isaac directed the parties to file any objections to her recommendation within fourteen (14) days.   No objection was filed.

Based upon the findings and recommendation contained in the Report and Recommendation, this Court finds it well-taken; therefore, this Court hereby adopts the Report and Recommendation [ECF No. 26] of the Magistrate Judge filed June 15, 2026, as the Order of this Court.

**IT IS THEREFORE ORDERED** that the Court ADOPTS the Report and Recommendation [ECF No. 26] of the Magistrate Judge filed June 15, 2026, as the Order of this Court, DENIES Plaintiff's Motion [ECF No. 25], and

DISMISSES this civil action WITHOUT PREJUDICE under Rule 4(m) and Rule 41(b) of the Federal Rules of Civil Procedure.   A separate Final Judgment will enter.

    **SO ORDERED**, this the 15th day of July, 2026.

        s/HENRY T. WINGATE                
        UNITED STATES DISTRICT JUDGE